# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

134158

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ORLANDO JERMAINE MORGAN,
        Defendant-Appellant.

SC: 134158
COA: 268080
Wayne CC: 05-008753-01

_____/

On order of the Court, the application for leave to appeal the May 10, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

Clerk

t0830